# INITIAL APPEARANCE CALENDAR

Magistrate Judge: __Lois Bloom__   Date: __6/26/19__

Magistrate Case Number: __19-534 M__   LOG #: __3:53 - 4:29__

Defendant's Name: __Akiva Schonfeld__

[✓] Court appointed counsel.   [ ] Defendant retained counsel.

Defense Counsel: __Allegra Glashausser__   CJA:___ FDNY: [✓]  RET:___

A.U.S.A. __Evin Reid / Temi Aganya__   Clerk: _____

Interpreter: _____   Language: _____

[✓] ARRAIGNMENT on Complaint held.   [ ] Government Agent Sworn

[ ] DETENTION HEARING Held:   [ ] Government opposed bail for reasons stated on the record.

[✓] Bond set at __$150,000__.   [✓] Bond set on consent of both parties.

Defendant: [✓] released   [ ] held pending satisfaction of bond conditions.

[✓] Defendant advised of bond conditions set by the Court and signed the bond.

[3] Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

[ ] (Additional) surety/ies to co-sign bond by _____

[ ] After detention hearing, Court orders detention in custody.   [ ] Leave to reopen granted

[ ] Temporary Order of Detention Issued. Bail Hearing set for _____

[ ] At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

[✓] Preliminary Hearing set for: _____ ; or   [✓] waived by defendant

[ ] Status Conference set for: _____ before Judge _____

[ ] Medical memo issued.

[ ] REMOVAL (Rule 5) PROCEEDING held. To the district of: _____

  [ ] Identity hearing held. Court [ ] orders removal  [ ] denies removal

  [ ] Defendant waives: [ ] identity hearing [ ] preliminary hearing

  [ ] Identity/ Removal Hearing set for: _____

  [ ] No bail application presented to the Court. Commitment to the District _____ entered.

Other Comments/Rulings: _____