# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

August 9, 2018

United States Magistrate Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re: <u>United States v. Akiva Schonfeld, 19-mj-534</u>

Your Honor,

     On June 26, 2019, Akiva Schonfeld was charged in a complaint with one count of money laundering. He was released on bail the same day. One of the conditions of his release is a curfew, requiring him to be at his home for certain hours of the night.

     Mr. Schonfeld and his partner Yael Becker (who is also a suretor on his bond) are expecting their first baby; in fact, Ms. Becker is one week overdue. I was just informed by pretrial that, while they can permit Mr. Schonfeld to attend the birth even if it occurs during his normal curfew hours, that he needs to seek a bail modification in order to stay with his family after the birth. I am, therefore, writing to the Court to request a bail modification to allow Mr. Schonfeld to stay at the hospital with Ms. Becker after the birth of their child. It is expected that the family will stay at the hospital two nights after the birth.

     The government, represented by AUSA Erin Reid, has graciously consented to this request. Thank you for your attention to this matter.

Respectfully Submitted,

/s/

Allegra Glashausser
Staff Attorney
(212) 417-8739