## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE  ROANNE MANN            DATE:  9 /5 /19

DOCKET NUMBER:  19 M 534                  LOG #:  11:21 – 11:28

DEFENDANT'S NAME:  AKIVA SCHONFELD
  ✓ Present    ___ Not Present    ___ Custody   ✓ Bail

DEFENSE COUNSEL:  ALLEGRA GLASHAUSSER
  ✓ Federal Defender   ___ CJA   ___ Retained

A.U.S.A.:  ~~ERIN REID~~ Temi Aganga Williams      CLERK:  SM YUEN

INTERPRETER: _____ (Language) _____

___ Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ___ Defendant's first appearance.

  ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
  ___ Defendant advised of bond conditions set by the Court and signed the bond.
  ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
  ___ (Additional) surety/ies to co-sign bond by _____
  ___ After hearing, Court orders detention in custody.  ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start 9/5/19  Stop 10/25/19

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings:  Bond modified permitting travel extended to all of SDNY.