# Federal Defenders
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and
Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

October 17, 2018

United States Magistrate Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>United States v. Akiva Schonfeld, 19-mj-534</u>

Your Honor,

On June 26, 2019, Akiva Schonfeld was charged in a complaint with one count of money laundering. He was released on bail the same day. One of the conditions of his release is a curfew, requiring him to be at his home for certain hours of the night. On September 25, 2019, Magistrate Judge Levy granted an unopposed request for Mr. Schonfeld's curfew to be lifted to allow him to stay overnight with friends or family for the Jewish holidays of Rosh Hashanna and Sukkot. This request was made because, due to religious requirements, once each holiday starts, he and his family, including his newborn baby, are unable to travel until sundown at the conclusion of the holiday, even within their hometown of Lakewood, NJ.

I am now writing to request that Mr. Schonfeld's curfew be lifted to allow him to stay overnight with friends or family on Friday nights for the Sabbath. Currently, he faces the same difficulty with religious requirements not allowing him to travel once the Sabbath begins at sundown on Friday evening, until it ends at sundown on Saturday evening. If this request is granted, Mr. Schonfeld will inform pretrial of where he plans to stay each Sabbath, or whether he will remain at home. This Friday evening, he requests to stay at his Rabbi's home in Lakewood, NJ, the same town where Mr. Schonfeld lives. He has already provided the address to pretrial.

The government and pretrial both consent to this request. Therefore, I am respectfully writing to request that Mr. Schonfeld be permitted to stay overnight with friends and family for the Sabbath.

Thank you for your attention to this matter.

Respectfully Submitted,
　　　　/s/
Allegra Glashausser
Staff Attorney
(212) 417-8739