# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE: Roanne Mann                     DATE: 11/21/19

DOCKET NUMBER: 19CR489(SJ)                         LOG #: 11:33a – 11:42am

DEFENDANT'S NAME: **Akiva Schoenfeld**
✓ Present    ___ Not Present    ___ Custody    ✓ Bail

DEFENSE COUNSEL: Allegra Glashausser
X Federal Defender    ___ CJA    ___ Retained

A.U.S.A: Temidayo Aganga-Williams        CLERK: E. Williams

INTERPRETER: _____ (Language) _____

✓ Defendant arraigned on the: ___ indictment ✓ superseding indictment ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.    ___ Defendant's first appearance.

  ___ Bond set at _____    Defendant ___ released ___ held pending satisfaction of bond conditions.
  ___ Defendant advised of bond conditions set by the Court and signed the bond.
  ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
  ___ (Additional) surety/ies to co-sign bond by _____
  ___ After hearing, Court orders detention in custody.    ___ Leave to reopen granted

___ Temporary Order of Detention Issued.  Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start 11/21/19  Stop 12/18/19
___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

✓ Status conference set for 12/18/19 @ 11:00am before Judge Johnson

Other Rulings: Bond modification approved upon consent of pretrial. Defense shall submit letter for Order.