# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and
Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

November 22, 2018

Chief Magistrate Judge Roanne L. Mann
United States Magistrate Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: United States v. Akiva Schonfeld, 19-cr-489

Your Honor,

Yesterday, your Honor conditionally granted an oral request for Mr. Schonfeld's curfew to be modified for this Saturday to extend it by one hour, conditional on pretrial also consenting to the request. I am now writing to inform your Honor that I have spoken to pretrial and they have no objection to this one-hour extension of curfew. Your Honor indicated that I should confirm pretrial's consent in a letter to the Court. Please accept this letter as that confirmation.

Respectfully Submitted,
 /s/
Allegra Glashausser
Staff Attorney
(212) 417-8739