

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

TAW/EMR/PP
F. #2019R00719

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 8, 2020

<u>By Email and ECF</u>

James Darrow, Esq.
Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, New York 11201

> Re: United States v. Akiva Schonfeld
> <u>Criminal Docket No. 19-489 (S-2) (PKC)</u>

Dear Mr. Darrow:

Enclosed please find the government's supplemental production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure, which supplements the production made on January 23, 2020. The government also requests reciprocal discovery from the defendant.

I.   <u>The Government's Discovery</u>

Enclosed are the following:

- Extraction report of the cellular telephone assigned call number (732) 552-8364, Bates-numbered AS000031; and

- Extraction report of the cellular telephone assigned call number (848) 240-8040, Bates-numbered AS000032.

II.     Future Discussions

        If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.


                                        Very truly yours,

                                        RICHARD P. DONOGHUE
                                        United States Attorney

                                By:     /s/_____
                                        Temidayo Aganga-Williams
                                        Erin M. Reid
                                        Philip Pilmar
                                        Assistant U.S. Attorneys
                                        (718) 254-7000

Enclosures

cc:     Clerk of the Court (PKC) (by ECF) (without enclosures)