# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

**David E. Patton**
*Executive Director and Attorney-in-Chief*

**Deirdre D. von Dornum**
*Attorney-in-Charge*

August 12, 2020

BY ECF

The Hon. Pamela K. Chen
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Akiva Schonfeld*, No. (S2) 19 Cr. 489 (PKC)

Your Honor:

This office represents Akiva Schonfeld. Mr. Schonfeld is currently subject to courtesy supervision by U.S. Pretrial Services in New Jersey, with restrictions that include a curfew and electronic monitoring, and is compliant. He respectfully requests permission from the Court to travel with his family for a vacation to an Airbnb rental elsewhere in New Jersey from August 24, 2020 to August 26, 2020. Mr. Schonfeld would be subject to the same restrictions and would transport his electronic monitoring equipment to the temporary residence.

Pretrial Services in New Jersey does not take a position on this application, because it is a courtesy supervision. Pretrial Services in this District does not object to this application, and neither does the government.

Respectfully submitted,

/s James Darrow

James Darrow
Assistant Federal Defender
Tel. (646) 258-6178 (mobile)
James_Darrow@fd.org

*Attorneys for Akiva Schonfeld*

cc: Counsel of record (by ECF)
U.S. Pretrial Services Officer Nicholas Zotti (by email)
U.S. Pretrial Services Officer Bianca Carter (by email)