# Federal Defenders
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

September 30, 2020

<u>BY ECF</u>

The Hon. Pamela K. Chen
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *United States v. Akiva Schonfeld*, No. 19 Cr. 489 (PKC)

Your Honor:

This office represents Akiva Schonfeld. Mr. Schonfeld is currently released on bail. Pretrial advises that he remains in full compliance with his release conditions.

I write, with no objection by Pretrial or the government, to request a temporary modification of Mr. Schonfeld's release conditions to permit him to travel with his family to the home of a friend in Silver Spring, Maryland for the upcoming Jewish holiday of Sukkot, which begins in the evening of October 2 and lasts until October 5. If this application is granted, Mr. Schonfeld would clear his itinerary with Pretrial, and would travel with his electronic monitoring equipment so that his curfew can still be enforced while he is travelling.

Respectfully submitted,

/s James Darrow

James Darrow
Assistant Federal Defender
Tel. (718) 407-7419
James_Darrow@fd.org

*Attorneys for Akiva Schonfeld*

cc: Counsel of record (by ECF)
U.S. Pretrial Officer Nicholas Zotti (D. N.J.) (by email)
U.S. Pretrial Officer Bianca Carter (E.D.N.Y.) (by email)