# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and
Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

November 5, 2020

BY ECF

The Hon. Pamela K. Chen
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

     Re:    *United States v. Akiva Schonfeld*, No. 19 Cr. 489 (PKC)

Your Honor:

    This office represents Akiva Schonfeld. Mr. Schonfeld is currently released on bail. Pretrial advises that he remains in full compliance with his release conditions.

    I write, with no objection by Pretrial or the government, to request a temporary modification of Mr. Schonfeld's release conditions to permit him to travel with a small group from his Torah class to a residence in New Jersey on November 6 and 7, 2020, staying overnight with the group on each of those nights. If this application is granted, Mr. Schonfeld would clear his itinerary with Pretrial, and would travel with his electronic monitoring equipment so that his curfew can still be enforced while he is travelling.

                                    Respectfully submitted,

                                    /s James Darrow

                                    James Darrow
                                    Assistant Federal Defender
                                    Tel. (718) 407-7419
                                    James_Darrow@fd.org

                                    *Attorneys for Akiva Schonfeld*

cc:    Counsel of record (by ECF)
       U.S. Pretrial Officer Nicholas Zotti (D. N.J.) (by email)
       U.S. Pretrial Officer Bianca Carter (E.D.N.Y.) (by email)