**Federal Defenders**
OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

December 30, 2020

<u>BY ECF</u>

The Hon. Pamela K. Chen
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *United States v. Akiva Schonfeld*, No. 19 Cr. 489 (PKC)

Your Honor:

This office represents Akiva Schonfeld. Mr. Schonfeld is currently released on bail. Pretrial advises that he remains in full compliance with his release conditions.

I write, with no objection by Pretrial or the government, to request a temporary modification of Mr. Schonfeld's release conditions to permit him to stay in the hospital with his wife after the upcoming birth of their child for up to two days and two nights, as permitted by the hospital and Pretrial.

Respectfully submitted,

/s James Darrow

James Darrow
Assistant Federal Defender
Tel. (718) 407-7419
James_Darrow@fd.org

*Attorneys for Akiva Schonfeld*

cc:   Counsel of record (by ECF)
      U.S. Pretrial Officer Nicholas Zotti (D. N.J.) (by email)
      U.S. Pretrial Officer Bianca Carter (E.D.N.Y.) (by email)