AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern **District of** New York

United States of America,
    Plaintiff (s),

V.

Akiva Schonfeld,
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 19-cr-489 (PKC)

Notice is hereby given that, subject to approval by the court, __Akiva Schonfeld__ substitutes
(Party (s) Name)

__Henry Mazurek and Ilana Haramati__ , State Bar No. __263652 / 4834602__ as counsel of record in
(Name of New Attorney)

place of __James Darrow__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

  Firm Name:  Meister Seelig & Fein LLP
  Address:   125 Park Ave., Suite 700, New York, NY 10017
  Telephone:  (212) 655-3500  Facsimile (212) 655-3535
  E-Mail (Optional): hem@msf-law.com / ih@msf-law.com

I consent to the above substitution.
Date: 2/5/2021            _AKIVA SCHONFELD_
                      (Signature of Party (s))

I consent to being substituted.
Date: 2/5/2021
                      (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2/5/2021
                      (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                _____
                                 Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]