

*Ilana Haramati*
*Of Counsel*
Direct (646) 363-6090
Fax (212) 655-3535
ih@msf-law.com

February 23, 2021

**VIA ECF**

Hon. Pamela K. Chen
United States District Court Judge
United States Courthouse
225 Cadman Plaza East
Courtroom 4F
Brooklyn, NY 11201

  **Re:** *United States v. Akiva Schonfeld*, 19-cr-489 (PKC)

Dear Judge Chen:

  I write on behalf of defendant Akiva Schonfeld in the above-referenced matter to respectfully request the temporary modification of his conditions of pretrial release to permit him to stay overnight at a friend's house in Toms River, NJ on Thursday February 25, 2021 to celebrate the Jewish holiday of Purim.

  I have discussed this request with the government (AUSA Aganga-Williams) and Pretrial Services (Officer Carter) who do not object to the proposed modification.

          Respectfully Submitted,

          /s/ Ilana Haramati
          Ilana Haramati

cc: Counsel of Record (*via ECF*)