

*Ilana Haramati*
*Of Counsel*
Direct (646) 363-6090
Fax (212) 655-3535
ih@msf-law.com

March 11, 2021

**VIA ECF**

Hon. Pamela K. Chen
United States District Court Judge
United States Courthouse
225 Cadman Plaza East
Courtroom 4F
Brooklyn, NY 11201

    Re:    *United States v. Akiva Schonfeld*, 19-cr-489 (PKC)

Dear Judge Chen:

    I write on behalf of defendant Akiva Schonfeld in the above-referenced matter to respectfully request the temporary modification of his conditions of pretrial release to permit him to travel to visit family friends in Silver Spring, Maryland from Friday March 12, 2021 through Sunday March 14, 2021.

    I have discussed this request with the government (AUSA Aganga-Williams) and Pretrial Services (Officer Carter) who do not object to the proposed modification.

    Respectfully Submitted,

    /s/ Ilana Haramati
    Ilana Haramati

    *Counsel for Defendant Akiva Schonfeld*

cc:    Counsel of Record (*via ECF*)
        Pretrial Services (*via email*)