

*Ilana Haramati*
*Of Counsel*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

September 16, 2021

<u>VIA ECF</u>

Hon. Pamela K. Chen
United States District Court Judge
United States Courthouse
225 Cadman Plaza East
Courtroom 4F
Brooklyn, NY 11201

      Re:    *United States v. Akiva Schonfeld*, 19-cr-489 (PKC)

Dear Judge Chen:

      I write on behalf of defendant Akiva Schonfeld in the above-referenced matter to respectfully request the temporary modification of his conditions of pretrial release to accommodate his religious observance of the Jewish holiday of Sukkot from September 20, 2021 through September 27, 2021. Specifically, during this holiday, Mr. Schonfeld traditionally sleeps in his Sukkah, a ritual hut he erects for the holiday near his apartment building. Although his Sukkah is close to his apartment, it may be out of range for Mr. Schonfeld's electronic monitor. Accordingly, we respectfully request the Court's permission for this temporary bail modification to permit Mr. Schonfeld to sleep in his Sukkah during the holiday from September 21 through September 27, 2021.

      I have discussed this request with the government (AUSA Aganga-Williams) and Pretrial Services (Officer Carter) who do not object to the proposed modification.

      Respectfully Submitted,

      <u>/s/ Ilana Haramati</u>
      Ilana Haramati

      *Counsel for Defendant Akiva Schonfeld*

cc:    Counsel of Record (*via ECF*)
       Pretrial Services (*via email*)