

*Ilana Haramati*
*Of Counsel*
Direct (646) 860-3130
Fax (212) 655-3535
ih@msf-law.com

December 14, 2021

**VIA ECF**

Hon. Pamela K. Chen
United States District Court Judge
United States Courthouse
225 Cadman Plaza East
Courtroom 4F
Brooklyn, NY 11201

Re:  *United States v. Akiva Schonfeld*, 19-cr-489 (PKC)

Dear Judge Chen:

I write on behalf of defendant Akiva Schonfeld in the above-referenced matter to respectfully request the temporary modification of his conditions of pretrial release to permit him to travel to Florida for a friend's wedding from December 19, 2021 through December 22, 2021.

I have discussed this request with the government (AUSA Pilmar) and Pretrial Services (Officer Carter) who do not object to the proposed modification.

Respectfully Submitted,

/s/ Ilana Haramati
Ilana Haramati

*Counsel for Defendant Akiva Schonfeld*

cc:  Counsel of Record (*via ECF*)
Pretrial Services (*via email*)